# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEZLIE J. GUNN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTINE E. DRAGE, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-02102-JCM-EJY<br><br>**AMENDED JUDGMENT**<br><br>**[SUBMITTED PURSUANT TO DISTRICT COURT'S ORDER DATED MARCH 5, 2021]** |

On March 5, 2020, this court granted in part defendant Christine E. Drage's motion for attorney fees and non-taxable costs (collectively briefed by all parties at ECF Nos. 59, 64, 68, 69, 78, 81, 99, 103, 106, 107), granted in part plaintiff Lezlie Gunn's motion for re-taxation of costs (collectively briefed by all parties at ECF Nos. 93, 98, 100) and ordered defendant Christine E. Drage to prepare and file a proposed amended judgment within 10 days. (ECF No. 109.)

This court hereby amends its order and judgment dated April 10, 2020, wherein this court granted defendant Christine E. Drage's anti-SLAPP motion and dismissed both of plaintiff Lezlie Gunn's claims with prejudice (ECF No. 57),[1] as follows:

---

[1] The facts of this case are presented in this court's April 10, 2020 order granting the anti-SLAPP motion (ECF No. 57), the December 23, 2020 order denying plaintiff Lezlie Gunn's motion for new trial or reconsideration (collectively briefed at ECF Nos. 73, 84, 85), plaintiff Lezlie Gunn's motion to extend time to file a notice of appeal (collectively briefed at ECF Nos. 83, 91, 94) and plaintiff Lezlie Gunn's motion to withdraw (collectively briefed at ECF No. 86, 95, 96) (ECF No. 103) and the March 5, 2021 order granting attorney fees and costs in part (ECF No. 109).

**1**  Defendant Christine E. Drage shall take further judgment against plaintiff Lezlie Gunn in the

**2** total amount of $387,653.75 for attorney fees and costs awarded as follows:

|  | ECF No. 109 |  |
|---|---|---|
| Costs - service of summons and subpoena | at p. 5:16-24 | $ 1,017.50 |
| Costs – transcripts | at p. 6:12-13 | $ 1,567.50 |
| Attorney fees re anti-SLAPP motion with 1.5 multiplier | at p. 9:22 | $ 257,286.75 |
| Attorney fees re motion for fees ("fee motion") | at p. 8:17 | $ 31,473.00 |
| Attorney fees re reply brief re fee motion | at p. 9:24-25 | $ 8,624.50 |
| Attorney fees re post-judgment motions | at p. 9:27-10:12 | $ 77,206.50 |
| Attorney fees re reply brief re motion to supplement to fee motion | at p. 11:4-5 | $ 5,190.00 |
| Attorney fees re reply brief re supplement to fee motion | at p. 11:405 | $ 5,288.00 |
|  |  | $387,653.75 |

Entered: March 17, 2021.

_____
The Honorable James C. Mahan
Judge of the Nevada District Court

PROPOSED ORDER SUBMITTED BY:

JASON M. WILEY, ESQ. (Nevada Bar No. 009274)
WILEY PETERSEN LAW OFFICES
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
jwiley@wileypetersenlaw.com

ROBERT M. HELLER (CA Bar No. 80984)
robert.heller@ffslaw.com
TODD M. LANDER (CA Bar No. 173031)
todd.lander@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200
*Admitted Pro Hac Vice*

Attorneys for Defendant
CHRISTINE E. DRAGE

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100