Thomas A. Vogele, Esq. (SBN 254557)
Timothy M. Kowal, Esq. (SBN 254709)
Teddy T. Davis, Esq. (SBN 221859)
THOMAS VOGELE & ASSOCIATES, APC
129 W. Wilson Street, Suite 200
Costa Mesa, California 92627
Telephone: (714) 641-1232
Facsimile:  (888) 391-4105
Email:      tvogele@tvalaw.com

Attorneys for plaintiff Lezlie J. Gunn

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEZLIE J. GUNN, an individual, | Case No: 2:19-cv-02102-JCM-EJY |
| Plaintiff, | Assigned for all purposes to Hon. James C. Mahan |
| vs. | **STIPULATION FOR STAY OF ENFORCEMENT OF JUDGMENT UPON POSTING OF APPELLATE BOND** |
| CHRISTINE E. DRAGE, an individual, | |
| Defendant. | |
| | Action Filed:     September 6, 2019 |
| | Judgment Entered: May 1, 2020 |

**STIPULATION**

Plaintiff Lezlie J. Gunn and defendant Christine E. Drage, by and through their undersigned counsel, enter into the following stipulation with reference to the following:

**WHEREAS**, judgement was entered in this action in favor of defendant Drage and against plaintiff Gunn on May 1, 2020;

**WHEREAS**, an amended judgment was entered on March 17, 2021, awarding defendant Drage attorney's fees and costs against plaintiff Gunn;

**WHEREAS**, the Parties have engaged in discussions regarding plaintiff Gunn's posting a bond to secure the award in the March 17, 2021 amended judgment;

**WHEREAS**, plaintiff Gunn is making arrangements to post the bond by February 4, 2023;

- 1 -

1  **WHEREAS**, the Parties agree that upon posting of the bond in the amount of $401,949.15, proceedings to enforce the judgment will not be necessary pending plaintiff Gunn's appeal to Ninth Circuit Court of Appeals;

**WHEREFORE**, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record, that there will be a stay of execution on defendant Drage's judgment against plaintiff Gunn immediately upon the posting of the bond contemplated above, and that the stay will extend until 30-days after the Ninth Circuit Court of Appeals issues its final decision concerning the March 17, 2021 amended judgment.

DATED: January 27, 2023           THOMAS VOGELE & ASSOCIATES, APC

                                  By: /s/ Timothy Kowal
                                      Thomas A. Vogele
                                      Timothy M. Kowal
                                      Teddy T. Davis
                                  Attorneys for plaintiff Lezlie J. Gunn

DATED: January 27, 2023           BROWNSTEIN HYATT FARBER
                                  SCHRECK, LLP

                                  By: [signature]
                                      Mitchell J. Langberg
                                  Attorneys for defendant Christine E. Drage

**DATED:  February 1, 2023**

                                  [signature]
                                  **UNITED STATES DISTRICT JUDGE**

- 2 -
**STIPULATION FOR STAY OF PROCEEDINGS TO ENFORCE JUDGMENT UPON POSTING OF SURETY**

2185-001   132482.doc

# PROOF OF SERVICE

I, declare that I am over the age of 18 years, employed in the County of Orange, and not a party to the within action; my address is 129 W. Wilson St., Suite 200, Costa Mesa, CA 92627. On January 27, 2023 I served the foregoing:

**STIPULATION FOR STAY OF PROCEEDINGS TO ENFORCE JUDGMENT UPON POSTING OF SURETY**

on the interested parties in this action via email to the persons hereinafter listed:

| | |
|---|---|
| Robert M. Heller, Esq.<br>Robert.heller@ffslaw.com<br>Todd M. Lander, Esq.<br>Todd.lander@ffslaw.com<br>FREEMAN, FREEMAN & SMILEY, LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Tel: (310) 255-6100<br>Fax: (310) 255-6200<br><br>Attorneys for defendant Christine E. Drage | Mitchell J. Langberg, Esq.<br>mlangberg@bhfs.com<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Tel: (702) 464-7098<br><br>Attorneys for defendant Christine E. Drage |

☒   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 27, 2023, in Costa Mesa, California.

       /s/ Lynne Marino
       Lynne Marino