1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JASON M. WILEY, ESQ.
Nevada Bar No. 009274
WILEY PETERSEN LAW OFFICES
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
jwiley@wileypetersenlaw.com

ROSEN ✧ SABA, LLP
TODD M. LANDER (SBN 173031)
tlander@rosensaba.com
2301 Rosecrans Avenue, Suite 3180
El Segundo, California 90245
Telephone:   (310) 285-1727
Facsimile:    (310) 285-1728

Attorneys for Defendant
CHRISTINE E. DRAGE

THOMAS VOGELE (SBN 254557)
TEDDY T. DAVIS (SBN 221859)
THOMAS VOGELE & ASSOCIATES, APC
Nevada Bar No. 009274
129 W. Wilson St., Suite 200
Costa Mesa, California 92627
Telephone: (714) 641-1232
tvogele@tvalaw.com
tdavis@tvalaw.com

Attorneys for Plaintiff
LEZLIE J. GUNN

ROSEN ✧ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEZLIE J. GUNN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE E. DRAGE, an individual,<br><br>Defendants. | Case No. 2:19-cv-02102-JCM-EJY<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE RE: RENEWED MOTION FOR ATTORNEY FEES**<br>**(First Request)**<br><br>[LR IA 6-1, 6-2; LR 7-1] |



**STIPULATION**

WHEREAS, pursuant to the Court's Order entered on July 18, 2023 (Dkt. #128), the parties on July 31, 2023 filed a joint status report with a proposed briefing schedule for a renewed motion for attorney fees in light of the Ninth Circuit's remand (Dkt. #129);

WHEREAS, on July 31, 2023, the Court ordered the parties' proposed briefing schedule adopted, and that (i) Defendant Christine Drage ("Defendant") to file and serve her supplemental papers no later than September 21, 2023, (ii) Plaintiff ("Plaintiff") Lezlie Gunn to then file and serve her opposition no later than October 13, 2023, and (iii) Defendant to then file and serve her reply on or before October 27, 2023 (Dkt. #130);

WHEREAS, on September 18, 2023, due to an issue requiring counsel's personal attention through the week of September 22, Defendant's counsel requested, and Plaintiff's counsel graciously agreed, to amend the parties' briefing schedule for a renewed motion for attorney fees by moving each briefing deadline back one week;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ROSEN ◇ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245

THEREFOR, THE PARTIES HEREBY STIPULATE:

The brief schedule for a renewed motion for attorney fees shall be amended as follows: (i) Defendant to file and serve her supplemental papers no later than September 28, 2023, (ii) Plaintiff to then file and serve her opposition no later than October 20, 2023, and (iii) Defendant to then file and serve her reply on or before November 3, 2023.

DATED:  September 19, 2023

ROSEN ◇ SABA, LLP

By:    */s/ Todd M. Lander*

TODD M. LANDER
Attorneys for Defendant
CHRISTINE E. DRAGE

DATED:  September 19, 2023

THOMAS VOGELE & ASSOCIATES, APC

By:    

Thomas A. Vogele
Teddy T. Davis
Attorneys for Plaintiff Lezlie J. Gunn

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  September 20, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2023, a true and correct copy of the **JOINT STIPULATION TO AMEND BRIEFING SCHEDULE RE: RENEWED MOTION FOR ATTORNEY FEES** was electronically filed and served upon each party in this case who is a registered user via the United States District Court CM/ECF system.

DATED:  September 19, 2023

ROSEN ✧ SABA, LLP

By:   _/s/ Todd M. Lander_
TODD M. LANDER
Attorneys for Defendant
CHRISTINE E. DRAGE

ROSEN ✧ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245

