# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

LEZLIE J. GUNN, an individual,

                Plaintiff(s),

vs.

CHRISTINE E. DRAGE, an individual,

                Defendant(s).

Case No. 2:19-cv-02102-JCM-EJY

## SUBSTITUTION OF ATTORNEY

_____Christine E. Drage_____ (Plaintiff) (~~Defendant~~) hereby substitutes
(Name of Party)

_____Todd M. Lander, Esq._____
(New Attorney)

(Address): 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067

(Telephone): _____(310) 274-7100_____, as attorney of record in place and

stead of: _____Rosen Saba, LLP_____
(Present Attorney)

DATED: 11/6/2024

(Signature of Party)

I consent to the above substitution.

DATED: October 17, 2024

(Signature of Present Attorney)

. . .

. . .

. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: __October 22, 2024__

_____
(Signature of New Attorney)
Todd M. Lander, Ellis George LLP
tlander@ellisgeorge.com

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: __February 25, 2025__

_____
UNITED STATES DISTRICT JUDGE