1  WILEY PETERSEN LAW OFFICES
   Jason M. Wiley, Esq. (Nevada Bar No. 009274)
2     jwiley@wileypetersenlaw.com
   Ryan Scott Petersen, Esq.
3     rpetersen@wileypetersenlaw.com
   1050 Indigo Drive, Suite 130
4  Las Vegas, NV 89145
   Tel: (702) 910-3329
5
   BROWNSTEIN HYATT FARBER SCHRECK, LLP
6  Mitchell J. Langberg, Esq. (Nevada Bar No. 10118)
      mlangberg@bhfs.com
7  100 City Parkway, Suite 1200
   Las Vegas, NV 89106
8  Tel: (702) 382-2101
   Fax: (702) 382-8135
9
   ELLIS GEORGE LLP
10 Todd Michael Lander, Esq. (State Bar No. 173031)
      tlander@ellisgeorge.com
11 2121 Avenue of the Stars, 30th Floor
   Los Angeles , CA 90067
12 Tel: (310 274-7100
   Fax: (310) 274-5697
13
   Attorneys for Defendant Christine E. Drage
14

15                UNITED STATES DISTRICT COURT

16                    DISTRICT OF NEVADA

17 | LEZLIE J. GUNN,                  | Case No. 2:19-cv-2102 JCM (EJY)
18 |        Plaintiff,                | **FURTHER AMENDED JUDGMENT IN FAVOR OF DEFENDANT CHRISTINE E. DRAGE**
19 |   vs.                            |
20 | CHRISTINE E. DRAGE,              |
21 |        Defendant.                |

This Court, by Order dated February 12, 2025 [ECF 146], ruled that Defendant's request for attorneys fees was granted, but the previously entered Amended Judgment dated March 17, 2021 awarding Defendant attorneys fees and costs in the amount of $387,653.75 [ECF 116] would be adjusted as follows: (1) conference hours concerning the drafting of the anti-SLAPP motion, the reply and preparing for hearing on the motion, and the 18 block-billed time entries shall be reduced by 20%; (2) the remaining time not already reduced shall be cut by 20%; (3) the lodestar multiplier of 1.5 shall be removed; and (4) the time billed for the Defendant's motion for fees is to be cut in half.

The Court, in light of that Order, finds that the resulting fees and costs to be awarded to Defendant are adjusted and awarded as follows:

|  |  |  |
|---|---|---|
| Attorneys fees re anti-SLAPP motion without 1.5 multiplier |  | $ 171,524.50 |
| 18 block billed entries |  | -   $ 10,012.50 |
| First 89 hours of Anti-SLAPP |  | -   $ 51,802.50 |
|  |  | = $61,815  20% = $12,363.00 |
|  | $171,524.50 – $12,363.00 |  |
|  |  | **Total $ 159,161.50** |
| Remainder of Attorneys fees re anti-SLAPP motion with 20% reduction ($159,161.50 – $31,832.30) |  | $127,329.20 |
| Attorneys fees re motion for fees ("fee motion") cut in half |  | $ 15,736.50 |
| Attorneys fees re reply brief re fee motion |  | $ 8,624.50 |
| Attorneys fees re post-judgment motions |  | $ 77,206.50 |

| | | |
|---|---|---|
| Attorneys fees re reply brief re motion to supplement to fee motion | | $ 5,190.00 |
| Attorneys fees re reply brief re supplement to fee motion | | $ 5,288.00 |
| Costs – transcripts | | $ 1,567.50 |
| | | **$ 240,942.20** |

Accordingly, it is hereby ORDERED and ADJUDGED that Defendant Christine E. Drage is hereby awarded attorneys fees and costs in connection with her successful anti-SLAPP motion in the amount $240,942.20.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
Hon. James C. Mahan
UNITED STATES DISTRICT JUDGE